## PD-0755-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

MS. DEBRA SPISAK

Hello Ms. Spisak thank you for your time i pray that i find you in good health and in good Spirit Mam as well also in good cheers.

My concern is could you please help me on how should i proceed with this matter, unfortunately the Clerk from the Appeals did not inform me on how to proceed i've written him, and he did sent me a card saying that he could not give me an Extension for my P-D-R application, however he'd already giving me 3 before this one notice that i've recieve on the 11/-3/15 of this past week.

Now recently i've been having trouble on getting my Trial Records to proceed with this Petition for Discretionary Review from the begaing my Appeal Attorney did not foreword my Records, and by law he'd should of under State BAR Rules Rules of Professional Conduct 1.21.63, 1.05 1.15 (d), but however Ms. Spisak i'm asking this Honorable court to help me proceed with this Application with only the records, and my Affidavit that i have only please and if you could also send me directions on how to Continue please. Thank you Ms. Spisak and your assistence in this matter is very gratefully appreciated.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

Respectfully Submitted

Robert Ramirez PRo-se